IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JEFF FOURNIER and DEBBIE FOURNIER, Individually and as Next Friend of minor T.F., and AUSTIN LANE LATHAM | § § § § § | |
| Plaintiffs | § § | |
| VS. | § § | C.A. NO. 2:09-CV-00297-J |
| MYNOR H. PIRIR, Individually and d/b/a MYNOR'S TRUCKING, BELL TRUCKING COMPANY, INC., KATHRYN ANTALEK, MG LOGISTICS INCORPORATED, JELLER LAURENTIU, JIMMY L. HARRIS, JOHNNY ALLEN KINIKIN, AMERICAN MILK TRANSPORT, LLC, and DWAYNE CALVIN RITCHEY | § § § § § § § § § § § | |
| Defendants. | § | JURY DEMANDED |

### DEFENDANTS' ORIGINAL ANSWER

*TO THE HONORABLE JUDGE OF SAID COURT:*

COME NOW BELL TRUCKING COMPANY, INC., and KATHRYN ANTALEK, Defendants in the above-entitled and numbered cause (hereinafter referred to as "Bell Trucking," "Antalek" or Defendants"), and file this Original Answer to Plaintiffs' First Amended Original Complaint, and would show unto the Court as follows:

## GENERAL DENIAL

1. Defendants deny each and every, all and singular, the material allegations contained in Plaintiffs' First Amended Original Complaint and demand strict proof thereof in accordance with the laws of the State of Texas.

## SPECIFIC RESPONSES TO ALLEGATIONS IN PLAINTIFFS' FIRST AMENDED COMPLAINT

2. Defendants deny the averments in Paragraph 1 of Plaintiffs' First Amended Original Complaint.

3. Based on information and belief, Defendants admit the averments in Paragraph 2 of Plaintiffs' First Amended Original Complaint.

4. Defendants admit the averments in Paragraph 3 of Plaintiffs' First Amended Original Complaint.

5. Defendants admit the averments in Paragraph 4 of Plaintiffs' First Amended Original Complaint.

6. Defendants admit the averments in Paragraph 5 of Plaintiffs' First Amended Original Complaint..

7. Defendants admit the averments in Paragraph 6 of Plaintiffs' First Amended Original Complaint.

8. Defendants admit the averments in Paragraph 7 of Plaintiffs' First Amended Original Complaint.

9. Defendants admit the averments in Paragraph 8 of Plaintiffs' First Amended Original Complaint.

10. Defendants admit the averments in Paragraph 9 of Plaintiffs' First Amended Original Complaint.

11. Defendants admit the averments in Paragraph 10 of Plaintiffs' First Amended Original Complaint.

12. Defendants admit the averments in Paragraph 11 of Plaintiffs' First Amended Original Complaint.

13. Defendants admit the averments in Paragraph 12 of Plaintiffs' First Amended Original Complaint.

14. Defendants admit the averments in Paragraph 13 of Plaintiffs' First Amended Original Complaint.

15. Defendants deny the averments in Paragraph 14 of Plaintiffs' First Amended Original Complaint.

16. Defendants cannot admit or deny the averments in Paragraph 15 as to the Defendants Mynor H. Pirir, Individually and d/b/a Mynor's Trucking, MG Logistics Incorporated, Jimmy L. Harris or American Milk Transport, LLC. Defendants admit the averments in Paragraph 15 as to Bell Trucking Company, Inc.

17. Defendants deny the averments in Paragraph 16 of Plaintiffs' First Amended Original Complaint.

18. Defendants denies the averments in Paragraph 17 of Plaintiffs' First Amended Original Complaint, with the exception of Kathryn Antalek was operating the vehicle while in the course and scope of her employment with Bell Trucking Company, Inc.

19. Defendants cannot admit or deny the averments in Paragraph 18 of Plaintiffs' First Amended Original Complaint.

20. Defendants cannot admit or deny the averments in Paragraph 19 of Plaintiffs' First Amended Original Complaint.

21. Defendants cannot admit or deny the averments in Paragraph 20 of Plaintiffs' First Amended Original Complaint.

22. Defendants deny the averments in Paragraph 21 of Plaintiffs' First Amended Original Complaint.

23. Defendants deny the averments in Paragraph 22 of Plaintiffs' First Amended Original Complaint.

24. Defendants deny the averments in Paragraph 23 of Plaintiffs' First Amended Original Complaint.

25. Defendants deny the averments in Paragraph 24 of Plaintiffs' First Amended Original Complaint.

26. Defendants cannot admit or deny the averments in Paragraph 25 of Plaintiffs' First Amended Original Complaint.

27. Defendants deny the averments in Paragraph 26 of Plaintiffs' First Amended Original Complaint.

28. Defendants deny the averments in Paragraph 27 of Plaintiffs' First Amended Original Complaint.

29. Defendants deny the averments in Paragraph 28 of Plaintiffs' First Amended Original Complaint.

30. Defendants deny the averments in Paragraph 29 of Plaintiffs' First Amended Original Complaint.

31. Defendants deny the averments in Paragraph 30 of Plaintiffs' First Amended Original Complaint.

32. Defendants deny the averments in Paragraph 31 of Plaintiffs' First Amended Original Complaint.

33. Defendants deny the averments in Paragraph 32 of Plaintiffs' First Amended Original Complaint.

34. Defendants admit the request for a jury trial in Paragraph 33 of Plaintiffs' First Amended Original Complaint.

35. Defendants deny the relief requested in Plaintiffs' prayer.

## AFFIRMATIVE DEFENSES

36. Defendants plead the affirmative defense of sole proximate cause.

37. Defendants further plead the affirmative defense of contributory/comparative responsibility.

## PRAYER

38. WHEREFORE, PREMISES CONSIDERED, Defendants pray that all relief requested by Plaintiffs be denied, that judgment be entered, that Plaintiffs take nothing against Defendants, and that Defendants recover their court costs, attorney's fees, and such other and further relief, at law or in equity, to which Defendants may be justly entitled.

Respectfully submitted,

By: /s/ Paul Bezney
PAUL A. BEZNEY
State Bar No. 00787077
Steven B. Loomis
State Bar No. 00793177

ADKERSON, HAUDER & BEZNEY, P.C.
1400 Bryan Tower
2001 Bryan Street
Dallas, Texas 75201-3005

(214) 740-2500
(214) 740-2501- Facsimile
ATTORNEYS FOR DEFENDANTS
BELL TRUCKING COMPANY, INC. and
KATHRYN ANTALEK

## CERTIFICATE OF SERVICE

This is to certify that on this, the 15th day of January, 2010, a true and correct copy of the above and foregoing document has been forwarded to the counsel of record, as indicated below:

| | |
|---|---|
| Michael Handy<br>Cynthia A. Cook<br>Law Offices of Michael Handy<br>1200 Summit Avenue, Suite 500<br>Ft. Worth, Texas  76102 | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>___X___ E-file |
| Walter Franklin Williams, III<br>Daniel L. Fulkerson<br>Lorance & Thompson<br>2900 North Loop West, Suite 500<br>Houston, Texas  77092 | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>___X___ E-file |

　　　　　　　　　　　　　　　　　　　　／s／  *Paul Bezney*
　　　　　　　　　　　　　　　　　　　Paul A. Bezney
　　　　　　　　　　　　　　　　　　　Steven B. Loomis

```
MIME-Version: 1.0
From: ecf_txnd@txnd.uscourts.gov
To: Courtmail@txndlei.txnd.circ5.dcn
Bcc: cyncook@mikehandy.com,danf@justice.com,debbie@mikehandy.com,
dlf@lorancethompson.com,handy@mikehandy.com,lad@lorancethompson.com,
melba_fenwick@txnd.uscourts.gov,michelle@mikehandy.com,paul@hblaw.net,
sharon_sauls@txnd.uscourts.gov,susan@hblaw.net
Message-Id: <4672522@txnd.uscourts.gov>
Subject: Activity in Case 2:09-cv-00297-J Fournier et al. v. Pirir et al Answer to
Amended Complaint
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered by Bezney, Paul on 1/15/2010 at 3:02 PM CST and filed on 1/15/2010

**Case Name:**      Fournier, et al. v. Pirir, et al
**Case Number:**    2:09-cv-297
**Filer:**          Bell Trucking Company, Inc.
                    Kathryn Antalek
**Document Number:** 12

### Docket Text:
**ANSWER to [7] Amended Complaint, filed by Bell Trucking Company, Inc., Kathryn Antalek (Bezney, Paul)**

**2:09-cv-297 Notice has been electronically mailed to:**

Cynthia A Cook    cyncook@mikehandy.com, debbie@mikehandy.com, handy@mikehandy.com

Daniel L Fulkerson    dlf@lorancethompson.com, danf@justice.com, lad@lorancethompson.com

Michael Handy    handy@mikehandy.com, cyncook@mikehandy.com, debbie@mikehandy.com,

michelle@mikehandy.com

Paul A Bezney     paul@ahblaw.net, susan@ahblaw.net

If you have not consented to receive electronic notice, or if you are no longer an active participant in this case and you want electronic noticing to be turned off so that you will stop receiving filing notices, click here, then click on "Ask a Question."

**2:09-cv-297 Notice will be delivered by other means to:**

Walter Franklin Williams , III
Lorance & Thompson
2900 North Loop West
Suite 500
Houston, TX 77092

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=1/15/2010] [FileNumber=4672520-0
] [713a7e69c70cf8a6c47f9bc970e4a47d6d467e376fa306ed29fddfad33656dc21b9
cc00941cdd02b2bc6732739a6fdc786b6a1cd319f39b77cdb257038d2d44f]]